IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LARRY HORN,

        Plaintiff,

v.                                                  No. CIV-12-1211 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

        Defendant.

# FINAL ORDER

        **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** Plaintiff's *Motion to Reverse and Remand for a Rehearing, With Supporting Memorandum (Doc. 14)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

        IT IS SO ORDERED.

                                          */s/ Lourdes A. Martínez*
                                          **THE HONORABLE LOURDES A. MARTÍNEZ**
                                          **UNITED STATES MAGISTRATE JUDGE**
                                          **Presiding by Consent**